

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

December 12, 2011

To:
Michael W. Dobbins
UNITED STATES DISTRICT COURT
Northern District of Illinois
211 S. Court Street
Rockford, IL 61101-0000

**FILED**
DEC 13 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 11-1442 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>HAROLD L. PROPER, IV, also known as MERSKIE, Defendant - Appellant |
|---|---|

**Originating Case Information:**

District Court No: 3:10-cr-50017-1
Northern District of Illinois, Western Division
District Judge Philip G. Reinhard

The mandate or agency closing letter in this cause issued on November 23, 2011.
Returned herewith is the record which was transmitted to this court.

RECORD ON APPEAL STATUS:    Entire record returned consisting of

Sealed Envelopes: 1

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                       **Received by:**

_____         _____

form name: **c7_Record_Return_toDC**(form ID: **205**)